**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 01-30137
Summary Calendar
_____


ALVIN WASHINGTON,

Plaintiff-Appellant,


VERSUS


CITY OF LAKE CHARLES; DAVID ALVIN VARNADO;
LOCAL 1524 UNION,

Defendants-Appellees.


_____

Appeal from the United States District Court
For the Western District of Louisiana, Lake Charles Division
(00-CV-2483)
_____
August 2, 2001

Before DEMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Alvin Washington has appealed the district court's dismissal of his civil rights complaint alleging that he was wrongfully terminated as an employee of the City of Lake Charles, Louisiana.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

The district court dismissed the complaint without prejudice on the basis that it repeated claims raised by Washington in another case pending before the district court.  Washington does not dispute the district court's determination that his complaint was duplicative. The appeal is therefore dismissed as frivolous pursuant to Fifth Circuit Rule 42.2.  *See Pittman v. Moore*, 980 F.2d 994, 995 (5th Cir. 1993)

APPEAL DISMISSED